

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

Judy G. Smith
Direct Dial: (215) 861-8511
Facsimile: (215) 861- 8618
E-mail Address: judy.smith@usdoj.gov

615 Chestnut Street
Suite 1250
Philadelphia, Pennsylvania 19106-4476
(215) 861-8200

December 19, 2014

Clerk's Office
United States District Court
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Attention: Criminal Docket Clerk

    Re:    United States v. George Trimis and Angelica Philippopoulos
             Criminal No. 14-632

Dear Criminal Docket Clerk:

    Please unimpound the indictment in the case of United States v. George Trimis and Angelica Philippopoulos, Criminal No. 14-632, assigned to the Honorable Gene E.K. Pratter. The indictment was filed on December 4, 2014.

    Please unimpound the complaint and warrant filed on December 12, 2013 for George Trimis, No. 13-1404-M before Magistrate Perkin.

    Please unimpound the complaint and warrant filed on December 12, 2013 for Angelica Philippopoulos, No. 13-1405-M before Magistrate Perkin.

    Very truly yours,

    ZANE DAVID MEMEGER
    United States Attorney

    *Judy G. Smith*
    Judy G. Smith
    Assistant United States Attorney