Case 1:15-mj-00081-RLM Document 17 Filed 02/12/15 Page 1 of 61 PageID #: 59

US.D.C. E.D. OF PA. CASE # 14cr632-1

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CRIMINAL DOCKET FOR CASE #: 1:15-mj-00081-RLM-1

GP

Case title: USA v. Trimis

Date Filed: 01/28/2015

Assigned to: Magistrate Judge Roanne L. Mann

FILED FEB 12 2015 MICHAEL E. KUNZ, Clerk By ______ Dep. Clerk

**Defendant (1)**

**George Trimis**

represented by **Anthony J. Pope**
The Anthony Pope Law Firm
60 Park Place, Suite 703
Newark, NJ 07102
(973)344-4406
Fax: (973)344-3201
Email: apope@apopefirm.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Kannan Sundaram**
Federal Defenders
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
718-330-1203
Fax: 718-855-0760
Email: kannan_sundaram@fd.org
*TERMINATED: 02/05/2015*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| Pending Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

**Complaints** **Disposition**

18:1344A.F

**Plaintiff**

**USA** represented by **Keith Daniel Edelman**
U.S. Attorney's Office, Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
718–254–6328
Fax: 718–254–6605
Email: keith.edelman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/28/2015 | 1 | 4 | RULE 40 AFFIDAVIT / removal complaint to the Eastern District of Pennsylvania by USA as to George Trimis (Attachments: # 1 Affidavit) (Yuen, Sui–May) (Entered: 01/29/2015) |
| 01/28/2015 | 2 | 24 | Minute Entry for proceedings held before Magistrate Judge Roanne L. Mann:Initial Appearance in Rule 5(c)(3) Proceedings as to George Trimis held on 1/28/2015, Attorney Appointment of federal defender Kannan Sundaram for the defendant present. AUSA Keith Edelman present. Defendant arraigned on a removal complaint to the ED of PA. Detention hearing set 1/30 at 11am at the request of defense counsel Temporary order of detention entered.(Tape #2;20–2;30.) (Yuen, Sui–May) (Entered: 01/29/2015) |
| 01/28/2015 | 3 | 25 | TEMPORARY COMMITMENT Issued as to George Trimis (Yuen, Sui–May) (Entered: 01/29/2015) |
| 01/28/2015 | 4 | 26 | CJA 23 Financial Affidavit by George Trimis (Yuen, Sui–May) (Entered: 01/29/2015) |
| 01/28/2015 | | | Arrest (Rule 5) of George Trimis (Chin, Felix) (Entered: 02/12/2015) |
| 01/30/2015 | 5 | 27 | Minute Entry for proceedings held before Magistrate Judge Roanne L. Mann: Docket Call as to George Trimis held on 1/30/2015. AUSA Keiyth Edelman present. Defendant present w/ counsel Kannan Sundaram. Identity hearing set 2/5 at 2pm at the request of defense counsel. Temporary order of detention entered. (Tape #2;29–2;31.) (Yuen, Sui–May) (Entered: 02/02/2015) |
| 01/30/2015 | 6 | 28 | TEMPORARY COMMITMENT Issued as to George Trimis (Yuen, Sui–May) (Entered: 02/02/2015) |
| 02/05/2015 | 7 | 29 | Letter *regarding identity hearing standards* as to George Trimis (Attachments: # 1 Exhibit 1 (Indictment and Arrest Warrant)) (Edelman, Keith) (Entered: 02/05/2015) |

Case 1:15-mj-00081-RLM Document 17 Filed 02/12/15 Page 3 of 61 PageID #: 61

| | | | |
|---|---|---|---|
| 02/05/2015 | 8 | 51 | NOTICE OF ATTORNEY APPEARANCE: Anthony J. Pope appearing for George Trimis (Yuen, Sui–May) (Entered: 02/06/2015) |
| 02/05/2015 | 9 | 52 | Minute Entry for proceedings held before Magistrate Judge Vera M. Scanlon:Status Conference as to George Trimis held on 2/5/2015 (Tape #2;42–3;30.) AUSA Keith Edelman present. Defendant present w/ retain counsel Anthony Pope. Detention hearing adj. to 2/6 at 11am. Defendant waived identity hearing. (Yuen, Sui–May) (Entered: 02/06/2015) |
| 02/05/2015 | 10 | 53 | TEMPORARY COMMITMENT Issued as to George Trimis (Yuen, Sui–May) (Entered: 02/06/2015) |
| 02/05/2015 | 11 | 54 | WAIVER of Rule 5(c)(3) Hearing by George Trimis (Yuen, Sui–May) (Entered: 02/06/2015) |
| 02/09/2015 | 12 | 55 | Minute Entry for proceedings held before Magistrate Judge Robert M. Levy:Docket Call as to George Trimis held on 2/9/2015. AUSA Maggie Gandy present for Keith Edelman. Dft present w/ret counsel Steven Triano for Anthony Pope. Bail hearing adjourned to 2/11/15 @ 2:00 pm. (Log # 2/9/15 11:29–11:31.) (Chin, Felix) (Entered: 02/10/2015) |
| 02/09/2015 | 13 | 56 | TEMPORARY COMMITMENT Issued as to George Trimis (Chin, Felix) (Entered: 02/10/2015) |
| 02/11/2015 | 14 | 57 | Minute Entry for proceedings held before Magistrate Judge Robert M. Levy:Bond Hearing as to George Trimis held on 2/11/2015, Detention Hearing as to George Trimis held on 2/11/2015. AUSA Alixandra Smith present for Keith Edelman. Dft present w/ret counsel Anthony Pope. Bail set @ $500,000. 2 sureties sworn, advised of bond obligations and signed the bond. Dft advised of bond conditions and signed the bond. Dft released on $500,000 bond. Dft ordered to come back to court on 2/12/15 @ 11:00 am if bond is stayed. (Log # 2/11/15 3:11–3:33; 3:43–3:49.) (Chin, Felix) (Entered: 02/12/2015) |
| 02/11/2015 | 15 | 58 | ORDER Setting Conditions of Release as to George Trimis (1) $500,000. Ordered by Magistrate Judge Robert M. Levy on 2/11/2015. (Chin, Felix) (Entered: 02/12/2015) |
| 02/11/2015 | 16 | 60 | REDACTION by George Trimis to 15 Sealed, Order Setting Conditions of Release (Chin, Felix) (Entered: 02/12/2015) |

NMA:KDE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------- X

UNITED STATES OF AMERICA

- against -

GEORGE TRIMIS,

Defendant.

-------------- X

15-81 M

REMOVAL TO THE EASTERN DISTRICT OF PENNSYLVANIA

(Fed. R. Crim. P. 5(c))

EASTERN DISTRICT OF NEW YORK, SS:

KURT DIRKER, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

Upon information and belief, on or about December 4, 2014, an arrest warrant was issued by the United States District Court for the Eastern District of Pennsylvania, authorizing the arrest of the defendant GEORGE TRIMIS based on an indictment charging him with (1) one count of bank fraud, in violation of Title 18, United States Code, Section 1344; (2) three counts of making false statements in a loan application, in violation of Title 18, United States Code, Section 1014; and (3) one count of conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h).

The source of your deponent's information and the grounds for his belief are as follows:

1. On or about December 4, 2014, an indictment was returned in the United States District Court for the Eastern District of Pennsylvania, charging the defendant GEORGE TRIMIS with (1) one count of bank fraud, in violation of Title 18, United States Code, Section

1344; (2) three counts of making false statements in a loan application, in violation of Title 18, United States Code, Section 1014; and (3) one count of conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h). On or about December 4, 2014, an arrest warrant was issued for the defendant's arrest based on said indictment under Eastern District of Pennsylvania Criminal Case No. 14-632-1. Copies of the indictment and the arrest warrant are attached hereto.

2. Law enforcement officials from the Eastern District of Pennsylvania provided law enforcement officials in New York with a photograph of the defendant GEORGE TRIMIS as well as biographical information for him.

3. On or about January 26, 2015, the defendant GEORGE TRIMIS was arrested by Customs and Border Protection ("CBP") officers at John F. Kennedy International Airport ("JFK") while preparing to travel to Paris, France. After checking in to his flight, CBP officers stopped the defendant and asked him his name. The defendant stated, in sum and substance and in part, that his name was "George Trimis." The defendant was thereafter taken into CBP custody.

4. On or about January 27, 2015, I met the defendant GEORGE TRIMIS at JFK and was able to determine that the defendant is the same person for whom the arrest warrant was issued in the Eastern District of Pennsylvania because, among other things, the following items were seized from the defendant upon his arrest: (a) a United States passport in the name "George Trimis," (b) a Greek passport in the name "Georgios or George Trimis," (c) two New York driver's licenses in the name "Georgios Trimis," and (d) a Social Security card in the name "Georgios Trimis." Further, the defendant stated, in sum and substance and in part, that he

went by both "George Trimis" and "Georgios Trimis." Moreover, I had previously reviewed the photograph provided by Eastern District of Pennsylvania law enforcement officials and confirmed that the defendant is the individual sought.

5. It is the desire of the United States Attorney for the Eastern District of Pennsylvania that the defendant GEORGE TRIMIS be removed to that district pursuant to the outstanding arrest warrant.

6. WHEREFORE, your deponent respectfully requests that the defendant GEORGE TRIMIS be dealt with according to law.

S/ Kurt Dirker

KURT DIRKER
Special Agent, Federal Bureau of Investigation

Sworn to before me this
28th day of January, 2015

S/ Roanne Mann

THE HONORABLE ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: 15 M 081

2) Defendant's Name: Trimis (Last) George (First) ______ (M.I.)

3) Age: ______

4) Title: ______ Section(s): ______

5) Citizen of: ______ Needs: ______ Interpreter

6) Arrest Warrant Issued: ______ Date and time of arrest: ______

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ✓ Yes __ No Other District: EDPA

8) Name of Interpreter used today: ______ Language: ______

9) Arraignment on complaint held: ✓ Yes __ No Date/Time: 1/28/15

10) Detention Hearing Held: ___ Bail set at: ______ ROR Entered: ___ POD Entered: ___

11) Temporary Order of Detention Entered: ✓ Bail Hearing set for: 1/30/15 11am

12) (a) Preliminary Hearing set for: ______; or waived: ______

(b) Removal Hearing set for: ______; or waived: ______

(c) Status Conference set for: ______

13) ASSISTANT U.S. ATTORNEY: Keith Edelman

14) DEFENSE COUNSEL'S NAME: Kannan Sundaram

Address: ______

Bar Code: ______ CJA: __ FDNY: ✓ RET: ___

Telephone Number: ( ) ______

15) LOG #: ___ ( 2:20 - 2:30 ) MAG. JUDGE : Mann

16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
___ Additional surety (ies) to co-sign bond by ______

Other Comments/Rulings: ______

17) Complaint/Affidavit/Indictment unsealed: ___ Yes ___ No

SO ORDERED ON THIS ____ DAY OF ______, 20__

______
UNITED STATES MAGISTRATE JUDGE

AO 470 (8/85) Order of Temporary Detention

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

George Thomas
Defendant

## ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Case Number:

Upon motion of the defendant, it is ORDERED that a detention hearing is set for 1/30/15 (Date) * at 11am (Time) before Judge Mann (Name of Judicial Officer)

Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( Other Custodial Official ) and produced for the hearing.

1/28/15
Date

Judicial Officer

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

IN THE UNITED STATES ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify below)

IN THE CASE OF ________ v. ________

FOR

AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)
George Trimis

1 ☑ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge: Mann
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box→) ☑ Felony ☐ Misdemeanor
Bank Fraud 18 USC 1344
Money laundering 18 USC 1956

**INCOME & ASSETS**

**EMPLOYMENT**

Are you now employed? ☑ Yes ☐ No ☑ Self-Employed

Name and address of employer: Dysart Ventures INC, New York, NY

IF YES, how much do you earn per month? $ 0

IF NO, give month and year of last employment? ________ How much did you earn per month? $ ________

If married, is your spouse employed? ☐ Yes ☑ No

IF YES, how much does your spouse earn per month? $ ________

If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ ________

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No

| IF YES, give the amount received and identify the sources | RECEIVED | SOURCES |
|---|---|---|
| | $ 0 | Real Estate Developer |
| | $ | |
| | $ | |

**CASH**

Do you have any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No IF YES, total amount? $ 2,820,050

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No

| IF YES, give value and description for each | VALUE | DESCRIPTION |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
___ Single
___ Married
___ Widowed
✓ Separated or Divorced

Total No. of Dependents: 0

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| rent | $ 1,000 | $ 1,000 |
| utility | $ 0 | $ 300 |
| cellphone | $ 0 | $ 80 |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

X [signature]
SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)

1/28/15
Date

Case 1:15-mj-00081-RLM Document 5 Filed 01/30/15 Page 1 of 1 PageID #: 85

**CALENDAR : MAGISTRATE'S PROCEEDING**

**BEFORE MAG. JUDGE ROANNE L. MANN** **DATE : 1 /30 /15**

DOCKET NUMBER: 15 M 81 LOG # : 2:29 - 2:31

DEFENDANT'S NAME : GEORGE TRIMIS

✓ Present ___ Not Present ✓ Custody ___ Bail

DEFENSE COUNSEL : KANNAN SUNDARAM

✓ Federal Defender ___ CJA ___ Retained

A.U.S.A Keith Edelman DEPUTY CLERK : SM YUEN

INTERPRETER : ________ (Language) ________

________ Hearing held. ________ Hearing adjourned to ________

____ Defendant was released on ________ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by ________

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered. Code Type____ Start________ Stop ________

____ Order of Speedy Trial entered. Code Type______ Start________ Stop ________

____ Defendant's first appearance. ____Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for ________ @ ________ before Judge ________

OTHERS : Identity hearing set 2/5 at 2pm at request of defense counsel. Temporary order of detention entered

AO 470 (8/85) Order of Temporary Detention

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

George Thomas
Carlos Jose NA

Defendant

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: 15-81 M

Upon motion of the deft, it is ORDERED that a detention hearing is set for 2/5 (Date) * at 2 PM (Time) before Judge Stanton (Name of Judicial Officer)

Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( Other Custodial Official ) and produced for the hearing.

1/30/15
Date

Judicial Officer

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

★ U.S. GPO: 1998-611-935/71086



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JAP:KDE

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 5, 2015

By ECF

The Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. George Trimis
Magistrate Docket No. 15-0081

Dear Judge Scanlon:

On December 4, 2014, an arrest warrant bearing docket number 14-632-1 was issued for the defendant in the Eastern District of Pennsylvania based on his role in a bank fraud and money laundering scheme. (See Ex. 1 (indictment and warrant)). The defendant was arraigned on the removal complaint in this district before the Honorable Roanne L. Mann on January 28, 2015. At that time, the defendant requested that a detention hearing be scheduled for January 30, 2015. On January 30, the defendant requested an identity hearing pursuant to Federal Rule of Criminal Procedure 5(c)(3)(D)(ii), which Judge Mann set for February 5, 2015, at 2 p.m.

The purpose of an identity hearing is narrow—to determine whether "the defendant is the same person named in the . . . warrant." Fed. R. Crim. P. 5(c)(3)(D)(ii). The standard to be applied is one of probable cause. See United States v. Antoine, 796 F. Supp. 2d 417, 419 (E.D.N.Y. 2011) ("[T]his court finds that the magistrate judge properly applied the standard of probable cause to determine whether removal was warranted in the instant action."); see also United States v. Rodriguez-Torres, 14 Mag. 1095 (JLC), 2014 WL 2320081, at *2 (S.D.N.Y. May 30, 2014) (same). Beyond that limited question, "[a]ny attack upon the validity of the arrest warrant . . . must be made, if at all, in the charging district after transfer." United States v. Curi, No. 10-CR-4108 (JSB), 2010 WL 5019088, at *2 (M.D. Tenn. Dec. 2, 2010). Finally, because an identity qualifies as a "miscellaneous proceeding," the rules of evidence do not apply. See Fed. R. Evid. 1101(d)(3) (stating that rules of evidence do not apply to "miscellaneous proceedings such as . . . extradition or rendition; . . . a preliminary hearing examination in a criminal case; . . . and considering whether to release on bail or otherwise"); see also United States v. Saldana-Beltran, 14-MJ-8409 (PCL) (BEN),

2014 WL 3797158, at *5 (S.D. Cal. Aug. 1, 2014) ("Hearsay evidence is generally admissible during a removal hearing.").

Federal Rule of Criminal Procedure 5 and the above-cited cases make clear that the issue presented for the Court's consideration at an identity hearing is exceedingly narrow. The government respectfully requests that the scope of the identity hearing and of defense counsel's cross-examination be limited accordingly.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By:      /s/

Keith D. Edelman
Assistant U.S. Attorney
(718) 254-6328

Encl.

cc:    Kannan Sundaram, Esq. (by ECF)
       Anthony Pope, Esq. (by e-mail)

Case 1:15-mj-00081-RLM Document 8 Filed 02/05/15 Page 1 of 1 PageID #: 109

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OS AMERICA**

**NOTICE OF APPEARANCE**

VS

DOCKET # 2:14-cr-00632-GP

DATE: 2/5/15

George Trimis
DEFENDANT

PLEASE NOTICE, that I have been retained by ~~Anth~~ George Trimis above name defendant. I was admitted to practice is this District on 2012.

SIGNATURE [signature]

PRINT NAME Anthony Pope

BAR CODE** 01620-1986

OFFICE ADDRESS 60 Park Pl.
Newark NJ 07102

PHONE NUMBER 973-344-4406

*****NOTICE TO ATTORNEY*****

****BAR CODE THE ATTORNEY'S INITIALS AND LAST FOUR DIGITS OF THE SOCIAL SECURITY NUMBER MUST APPEAR ON ALL PLEADINGS.**

**CALENDAR : MAGISTRATE'S PROCEEDING**

**BEFORE MAG. JUDGE** **Vera M. Scanlon** **DATE : 2/5/15**

DOCKET NUMBER: **15-81M** LOG # : 2:42 – 3:03

DEFENDANT'S NAME : **George Trimis**

✓ Present ___ Not Present ✓ Custody ___ Bail

DEFENSE COUNSEL : ~~Kannan Sundaram~~ Anthony Pope

✓ Federal Defender ___ CJA ✓ Retained

A.U.S.A: **Keith Edelman** DEPUTY CLERK : **Felix Chin**

INTERPRETER : ______ (Language) ______

______ Hearing held. Detention Hearing adjourned to 2/6/15 @ ~~2:00~~ 11:00

____ Defendant was released on ______ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by ______

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered. Code Type____ Start______ Stop ______

____ Order of Speedy Trial entered. Code Type_____ Start______ Stop ______

____ Defendant's first appearance. ___Defendant arraigned on the indictment.

____ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for ______ @ ______ before Judge ______

OTHERS : Identity hearing waived.

Case 1:15-mj-00081-RLM Document 10 Filed 02/05/15 Page 8 of 51 PageID #: 11

AO 470 (8/85) Order of Temporary Detention

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

George Trimis
Defendant

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: 15-81M

Upon motion of the dft, it is ORDERED that a detention hearing is set for 2/6/15 (Date) at 11 A.M. (Time) before [illegible] (Name of Judicial Officer) Brooklyn, NY (Location of Judicial Officer)

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( Other Custodial Official ) and produced for the hearing.

2/5/15
Date

[signature]
Judicial Officer

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

★ U.S. GPO: 1998-611-935/71085

Case 1:15-mj-00081-RLM Document 1 Filed 02/05/15 Page 1 of 1 PageID #: 12

AO 466 (Rev. 9/92) Waiver of Rule 40 Hearings

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
V.

[handwritten, illegible] et al.

**WAIVER OF RULE 40 HEARINGS**
**(Excluding Probation Cases)**

15-81M

CASE NUMBER: 2:14-cr-632

I, [handwritten, illegible], understand that in the Eastern District of [handwritten, illegible], charges are pending alleging violation of [handwritten, illegible] and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ✓ ) identity hearing

(   ) preliminary examination

(   ) identity hearing and have been informed I have no right to a preliminary examination

(   ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_Defendant_

[signature]

-/12/15
_Date_

_Defense Counsel_

Case 1:15-mj-00081-RML Document 12 Filed 02/09/15 Page 5 of 5 PageID #: 213

**CALENDAR : MAGISTRATE'S PROCEEDING**

**BEFORE MAG. JUDGE** Levy **DATE :** 2/9/15

DOCKET NUMBER: 15 Mj 81 (RML) LOG # : 11:29 - 11:31

DEFENDANT'S NAME : George Trimis

X Present __ Not Present X Custody __ Bail

DEFENSE COUNSEL : Anthony Pope Steven Tiliano for Massie Gandy for

__ Federal Defender __ CJA ✓ Retained

A.U.S.A: Keith Edelman DEPUTY CLERK : M Sica

INTERPRETER : (Language)

Status Bail Hearing held. Bail Hearing adjourned to 2/11/15 @ 2:00pm

____ Defendant was released on ____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by ____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered. Code Type____ Start____ Stop ____

____ Order of Speedy Trial entered. Code Type____ Start____ Stop ____

____ Defendant's first appearance. ____ Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for ____ @ ____ before Judge ____

OTHERS : ____

Case 1:15-mj-00081-RLM Document 1 Filed 02/09/15 Page 1 of 1 PageID #: 14

AO 470 (8/85) Order of Temporary Detention

# United States District Court

EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.

George Trinis
Defendant

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: 15 mj 81

Upon motion of the Defendant, it is ORDERED that a detention hearing is set for 2/11 (Date) * at 2:00 (Time) before Judge Pohorelsky (Name of Judicial Officer) BROOKLYN, NEW YORK (Location of Judicial Officer)

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( ______ Other Custodial Official ) and produced for the hearing.

2/9/15
Date

Judicial Officer

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

☆ US GPO: 2001-610-718/50044

**CALENDAR : MAGISTRATE'S PROCEEDING**

**BEFORE MAG. JUDGE** Pohorelsky **DATE :** 2/11/2015

DOCKET NUMBER: 15 mj 81 LOG #: 3:11 - 3:33

DEFENDANT'S NAME : George Trimis 2nd - 3:43 - 3:49

✓ Present ___ Not Present ✓ Custody ___ Bail

DEFENSE COUNSEL : Anthony Pope ✓

Alex Smith Atty. ___ Federal Defender ___ CJA ___ Retained

A.U.S.A: Keith Edelman DEPUTY CLERK : M Sica

INTERPRETER : ____________ (Language) ____________

Bail ______ Hearing held. ______ Hearing adjourned to ______

✓ Defendant was released on $500,000 PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

2 Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by ____________

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered. Code Type___ Start______ Stop ______

___ Order of Speedy Trial entered. Code Type_____ Start______ Stop ______

___ Defendant's first appearance. ___Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

X Status conference set for 2/12 @ 11 AM before Judge Levy

OTHERS : Defendant ordered to come back to Court on 2/12/15 @ 11 AM if released is stayed.

Case 1:15-mj-00081-RLM Document 5 *SEALED* Filed 02/12/15 Page 58 of 58 PageID #: 55

United States District Court
**EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**V.**

George Tsimis
**Defendant**

**ORDER SETTING CONDITIONS OF RELEASE AND BOND**

**Case No.:** 15 M 81

**RELEASE ORDER**

It is hereby ORDERED that the above-named defendant be released as follows, **subject to the Standard Conditions of Bond on the reverse** and:

[ ] Upon **Personal Recognizance Bond** on his/her promise to appear at all scheduled proceedings as required, or

[ ] Upon **Unsecured Bond** executed by defendant in the amount of $____________, or $500,000.

[ ] Upon **Secured Appearance Bond** as provided herein.

**Additional Conditions of Release**

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[✓] 1. The defendant must remain in and may not leave the following areas without Court permission: EDNY, SDNY, EDPA + points in between

[ ] 2. The defendant shall avoid all contact and not associate with any of the following persons or entities: ____________

[ ] 3. The defendant shall avoid and not go to any of the following locations: ____________

[✓] 4. The defendant shall surrender any and all passports to the U.S. Pretrial Services Agency by ____________ and shall not apply for any other passport.

[✓] 5. Defendant is placed under the express supervision of the Pretrial Services Agency, subject to the Special Conditions on the reverse, if applicable, and

[✓] is subject to random visits by a Pretrial Services officer at defendant's home and/or place of work;

[✓] must report to that agency (✓) in person ______ times per ______ and/or (✓) by telephone ______ times per ______; as per PTS.

[✓] is subject to home detention with electronic monitoring with the following conditions: Court appearances, attorney appearances, Medical emergencies, activities as per PTS.

[ ] must undergo [ ] random drug testing [ ] evaluation and/or [ ] treatment for: [ ] substance abuse [ ] alcoholism [ ] mental health problems.

[ ] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance.

[ ] 6. Other Conditions: ____________

**APPEARANCE BOND**

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $____________. The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated:

[ ] cash deposited in the Registry of the Court the sum of $____________;

[ ] premises located at: ____________ owned by ____________

[ ] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before ____________.

[ ] Other Conditions: ____________

[signature] Address: ____________

Daniela Curzio Surety Address: 90-66 53 Ave 3F Elmhurst NY 11373

Robert P. Banbery Surety Address: 33 White Hollow Rd Lakeville CT 06039

Surety

**The Court has advised the defendant of the conditions of release per 18:3142(h)(1) and (h)(2).** This **bond** is conditioned upon the appearance of the **defendant and is subject to the Standard Conditions of Bond** set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. **I am aware of the penalties and sanctions set forth on the reverse of this form.**

[signature]
Signature of Defendant

Release of the Defendant is hereby ordered on 2/11 2015

[signature], USMJ

Distribution: White-Original Canary - Courtroom Deputy Pink - Pretrial Services Goldenrod - Defendant

## Standard Conditions of Release

In all cases, IT IS ORDERED that the release of the defendant is subject to the following conditions:

1. Defendant shall immediately advise the court, defense counsel, and the U.S. Attorney in writing of any change in address and/or telephone number.
2. Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed
3. Defendant shall not commit any federal, state, or local crime

The conditions of this bond are that the defendant named on the obverse is to appear before the Court and at such other places as the defendant may be required to appear in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the preceding conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the entitled matter on the obverse at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

## Special Conditions of Release

1. If defendant is subject to home detention, defendant may not leave his/her residence without the approval of the Pretrial Services Agency, except for court appearances and visits with defense counsel in this pending criminal case and for medical emergencies. In all instances, however, the defendant must notify the Pretrial Services Agency of his or her departure from the residence.
2. If the defendant fails to report as required to the Pretrial Services Agency or to appear for any specified treatment or evaluation, defendant may be subject to such random visits at his/her residnece or work by a Pretrial Services Officer as may be necessary to verify his/her residence or place of employment in order to secure compliance with the order of release.

## Advice of Penalties

If defendant violates any of the preceding conditions of release, a warrant will issue for his/her arrest and the terms and conditions of any further release will be reconsidered. Such reconsideration can result in a revocation of release, an order of detention, the forfeiture of any previously posted bail, and a prosecution for contempt, the latter of which could result in a term of imprisonment and/or a fine. In addition, if the defendant fails to appear as required, he/she could be prosecuted for failing to appear and, if found guilty, be subject to imprisonment for up to ten years and/or fined up to $250,000 depending upon the offense charged.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense of up to ten years, depending on the offense. Defendant is advised that it is a criminal offense to intimidate or attempt to intimidate a witness, juror, or officer of the court, or to obstruct a criminal investigation, or to tamper with a witness, victim, or informant, or to retaliate against a witness, victim, or informant, or to threaten or to attempt to do so. These offenses are punishable by up to ten years of imprisonment and a $250,000 fine. The term(s) of imprisonment imposed for any of the foregoing offenses shall be consecutive to the sentence of imprisonment for any other offense and must be imposed in addition to the sentence received for the offense itself.

Rev. Dec 1998

GPO U.S. GOVERNMENT PRINTING OFFICE:2009-509-438

United States District Court
**EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**V.**

George Trimis
**Defendant**

**ORDER SETTING CONDITIONS OF RELEASE AND BOND**

**Case No.:** 15 M 81

**RELEASE ORDER**

It is hereby ORDERED that the above-named defendant be released as follows, **subject to the Standard Conditions of Bond on the reverse** and:

[ ] Upon **Personal Recognizance Bond** on his/her promise to appear at all scheduled proceedings as required, or
[ ] Upon **Unsecured Bond** executed by defendant in the amount of $__________, or $500,000.
[ ] Upon **Secured Appearance Bond** as provided herein.

**Additional Conditions of Release**

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[✓] 1. The defendant must remain in and may not leave the following areas without Court permission: EDNY, SDNY, EDPA + points in between

[ ] 2. The defendant shall avoid all contact and not associate with any of the following persons or entities: __________

[ ] 3. The defendant shall avoid and not go to any of the following locations: __________

[✓] 4. The defendant shall surrender any and all passports to the U.S. Pretrial Services Agency by __________ and shall not apply for any other passport.

[✓] 5. Defendant is placed under the express supervision of the Pretrial Services Agency, subject to the Special Conditions on the reverse, if applicable, and
[✓] is subject to random visits by a Pretrial Services officer at defendant's home and/or place of work;
[✓] must report to that agency (✓) in person ______ times per ______ and/or (✓) by telephone ______ times per ______; As per PTS
[✓] is subject to home detention with electronic monitoring with the following conditions: Court appearances, attorney appearances, Medical emergencies, activities as per PTS.
[ ] must undergo [ ] random drug testing [ ] evaluation and/or [ ] treatment for: [ ] substance abuse [ ] alcoholism [ ] mental health problems.
[ ] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance.

[ ] 6. Other Conditions: __________

**APPEARANCE BOND**

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $__________. The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated:

[ ] cash deposited in the Registry of the Court the sum of $__________;
[ ] premises located at: __________ owned by __________
[ ] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before __________.
[ ] Other Conditions: __________

__________ Address: __________

__________ Address: __________

__________ Address: __________
Surety

**The Court has advised the defendant of the conditions of release per 18:3142(h)(1) and (h)(2).** This bond is conditioned upon the appearance of the defendant and is subject to the **Standard Conditions of Bond** set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. **I am aware of the penalties and sanctions set forth on the reverse of this form.**

__________
Signature of Defendant

Release of the Defendant is hereby ordered on 2/11 2015

__________, USM

Distribution: White-Original Canary - Courtroom Deputy Pink - Pretrial Services Goldenrod - Defendant



## Standard Conditions of Release

In all cases, IT IS ORDERED that the release of the defendant is subject to the following conditions:

1. Defendant shall immediately advise the court, defense counsel, and the U.S. Attorney in writing of any change in address and/or telephone number.
2. Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.
3. Defendant shall not commit any federal, state, or local crime.

The conditions of this bond are that the defendant named on the obverse is to appear before the Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the preceding conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the entitled matter on the obverse at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

## Special Conditions of Release

1. If defendant is subject to home detention, defendant may not leave his/her residence without the approval of the Pretrial Services Agency, except for court appearances and visits with defense counsel in this pending criminal case and for medical emergencies. In all instances, however, the defendant must notify the Pretrial Services Agency of his or her departure from the residence.
2. If the defendant fails to report as required to the Pretrial Services Agency or to appear for any specified treatment or evaluation, defendant may be subject to such random visits at his/her residnece or work by a Pretrial Services Officer as may be necessary to verify his/her residence or place of employment in order to secure compliance with the order of release.

## Advice of Penalties

If defendant violates any of the preceding conditions of release, a warrant will issue for his/her arrest and the terms and conditions of any further release will be reconsidered. Such reconsideration can result in a revocation of release, an order of detention, the forfeiture of any previously posted bail, and a prosecution for contempt, the latter of which could result in a term of imprisonment and/or a fine. In addition, if the defendant fails to appear as required, he/she could be prosecuted for failing to appear and, if found guilty, be subject to imprisonment for up to ten years and/or fined up to $250,000 depending upon the offense charged.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense of up to ten years, depending on the offense. Defendant is advised that it is a criminal offense to intimidate or attempt to intimidate a witness, juror, or officer of the court, or to obstruct a criminal investigation, or to tamper with a witness, victim, or informant, or to retaliate against a witness, victim, or informant, or to threaten or to attempt to do so. These offenses are punishable by up to ten years of imprisonment and a $250,000 fine. The term(s) of imprisonment imposed for any of the foregoing offenses shall be consecutive to the sentence of imprisonment for any other offense and must be imposed in addition to the sentence received for the offense itself.

Rev. Dec 1998

GPO U.S. GOVERNMENT PRINTING OFFICE:2009-509-438