# THE ANTHONY POPE LAW FIRM, P.C.
ATTORNEYS AT LAW

NEW JERSEY OFFICE
60 PARK PLACE
SUITE 703
NEWARK, NJ 07102

TEL: (973) 344-4406
FAX: (973) 344-3201
www.anthonypopelawfirm.com

ERIC W. FEINBERG, ESQ.
efeinberg@apopefirm.com

NEW YORK OFFICE
275 MADISON AVE.
35TH FLOOR
NEW YORK, NY 10016

TEL: (212) 905-4900
FAX: (973) 344-3201

**PLEASE REPLY TO:**
**NEW JERSEY OFFICE**

*July 27, 2016*

Honorable Gene E.K. Pratter, U.S.D.J.
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    **U.S. v. George Trimis**
                   **Criminal No. 14-632**

Dear Judge Pratter,

      As Your Honor is aware, this office represents Mr. Trimis in the above referenced matter. Mr. Trimis has been invited to a wedding in Santa Monica, California taking place on August 5, 2016. We are requesting that Your Honor allow Mr. Trimis permission to travel to California for this wedding.

      I have discussed the matter with Assistant US Attorney Judy Smith and Victoria Hislop of Pre Trial Services; both have indicated that they do not oppose Mr. Trimis's travels.

      Should Your Honor have any questions or concerns, please do not hesitate to contact this office.

                                      Very truly yours,
                                      THE ANTHONY POPE LAW FIRM, P.C.

                                      BY: Eric W. Feinberg, Esq.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA					Criminal No. 14-632-1

vs.

GEORGE TRIMIS						**ORDER**

      **THIS MATTER**, having been opened to the Court by counsel for Defendant, George Trimis, and upon consent of the Assistant United States Attorney, Judy Smith:

      **IT IS ON THIS** _____ day of _____, 2016,

      **ORDERED** that the Defendant, George Trimis, may attend a wedding in Santa Monica California on August 5, 2016;

      **IT IS FURTHER ORDERED** that the Defendant may leave for California on August 3, 2016, and must return to his home by August 7, 2016;

      **IT IS FURTHER ORDERED** that the Defendant must comply with any additional requirements Pre Trial Services may have regarding his travelling;

      **IT IS FURTHER ORDERED** that same shall take effect immediately; and

      **IT IS FURTHER ORDERED** that a copy this order shall be received upon all parties within \_\_\_ days of the date hereof.

                                                                 _____
                                                                 The Honorable Gene E.K. Pratter
                                                                 *Judge, United States District Court*



DELIVER TO

*Ms. Heather Powell & Mr. George Trimis*

514 E. 87TH STREET
NEW YORK, NY 10128

J & J

TOGETHER WITH THEIR FAMILIES

*Joanne Mosconi*
AND
*John Piano*

REQUEST THE HONOUR OF YOUR PRESENCE AT THEIR WEDDING

FRIDAY, THE FIFTH OF AUGUST
TWO THOUSAND SIXTEEN
AT HALF PAST FOUR O'CLOCK IN THE AFTERNOON

ST. MONICA'S CHURCH
1039 SEVENTH STREET, SANTA MONICA, CALIFORNIA