# THE ANTHONY POPE LAW FIRM, P.C.
ATTORNEYS AT LAW

NEW JERSEY OFFICE
60 PARK PLACE
SUITE 703
NEWARK, NJ 07102

TEL: (973) 344-4406
FAX: (973) 344-3201
www.anthonypopelawfirm.com

ERIC W. FEINBERG, ESQ.
efeinberg@apopefirm.com

NEW YORK OFFICE
275 MADISON AVE.
35TH FLOOR
NEW YORK, NY 10016

TEL: (212) 905-4900
FAX: (973) 344-3201

**PLEASE REPLY TO:**
**NEW JERSEY OFFICE**

*October 28, 2016*

Honorable Gene E.K. Pratter, U.S.D.J.
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

  Re: <u>U.S. v. George Trimis</u>
     **Criminal No. 14-632**

Dear Judge Pratter,

  As Your Honor is aware, this office represents Mr. Trimis in the above referenced matter. Mr. Trimis has visitors coming to New York from out of town this weekend. He is requesting that his curfew be extended until midnight for October 30 and November 4 so he may spend more time with them. He will not be leaving the city during this time.

  I have discussed the matter with Assistant US Attorney Judy Smith and Victoria Hislop of Pre Trial Services; both have indicated that they do not oppose Mr. Trimis's request. He has been compliant with Pre Trial Services to date.

  Should Your Honor have any questions or concerns, please do not hesitate to contact this office.

              Very truly yours,
              THE ANTHONY POPE LAW FIRM, P.C.

              BY: Eric W. Feinberg, Esq.