# THE ANTHONY POPE LAW FIRM, P.C.
ATTORNEYS AT LAW

| | |
|---|---|
| NEW JERSEY OFFICE<br>60 PARK PLACE<br>SUITE 703<br>NEWARK, NJ 07102 | NEW YORK OFFICE<br>275 MADISON AVE.<br>35TH FLOOR<br>NEW YORK, NY 10016 |
| TEL: (973) 344-4406<br>FAX: (973) 344-3201<br>www.anthonypopelawfirm.com | TEL: (212) 905-4900<br>FAX: (973) 344-3201 |
| ANTHONY POPE, ESQ.<br>apope@apopefirm.com | **PLEASE REPLY TO:**<br>**NEW JERSEY OFFICE** |

December 5, 2016

Honorable Gene E.K. Pratter, U.S.D.J.
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    Re: **U.S. v. George Trimis**
           **Criminal No. 14-632**

Dear Judge Pratter,

    As Your Honor is aware, this office represents Mr. Trimis in the above referenced matter. Mr. Trimis is currently scheduled to be sentenced by Your Honor on Tuesday, December 13, 2016.

    This morning, I had a conversation with Mr. Michael Lott of the United States Probation Office. During this conversation, we discussed his Pre Sentence Report and submissions by my office which had earlier been made to him. We have identified two remaining areas which require the possible submission of additional information or documentation to Mr. Lott. As such, we are requesting a continuance until the week of January 16, 2017, or whenever the Court has availability, in order to permit this office time to submit the necessary information. We have the consent of Assistant United States Attorney Judy Smith and Mr. Lott for this request.

    I am requesting that Your Honor advise as to whether said continuance has been granted and the new date for the sentencing. Thank you for Your Honor's attention to this request and anticipated courtesies.

                                                   Respectfully Submitted,
                                                 THE ANTHONY POPE LAW FIRM, P.C.

                                                 BY: ANTHONY POPE, ESQ.

AJP/ef
CC:    Judy Smith, Esq.
          Michael Lott