IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff    ) | |
| ) | |
| v.    ) | CRIMINAL NO: 2:14-CR-00632 (GEKP) |
| ) | |
| GEORGE TRIMIS,    ) | |
| ) | CERTIFICATION |
| Defendant    ) | |
| ) | |

**OPPOSITION TO MOTION TO PAY MONETARY PENALTIES**
**WITH BAIL DEPOSIT**

NOW COMES the Defendant, George Trimis ("Mr. Trimis"), "), by his attorney, who respectfully opposes the United States of America's Motion to Pay Monetary Penalties with Bail Deposit Court. In opposition of this motion, Mr. Trimis states as follows:

1. On February 14, 2017, this Court sentenced Mr. Trimis to a twenty-four (24) month period of incarceration. (Dkt. # 98) The Court ordered that 60 days after being released from confinement, Mr. Trimis begin making monthly payments of not less than $1,000 towards his monetary penalties.

2. The total restitution amount ordered by the Court is $7,423,867.00, plus the $200 special assessment which has already been paid.

3. Currently, the Clerk of Court is in possession of $60,000 which was provided by Mr. Trimis, which he posted as bail in order to secure the conditions of pretrial release.

4. Upon his release from confinement, Mr. Trimis will need this money in order to start his life again. He will need to find a new place to live and a new job, and will likely also need to provide a security deposit for any new residence.

5. Mr. Trimis has been relying on this money to support himself upon his release until he is able to find a new job in order to pay rent and his restitution obligations.

6. Mr. Trimis has fulfilled all pretrial conditions placed upon him and has satisfied the conditions of his bail.

7. Local Rule 32.2 places a lien in favor of the government on bail deposits for the payment of fines or fines and costs, but does not apply to restitution.

8. We respectfully request the Court deny the Government's motion to pay the monetary penalties with Mr. Trimis's bail money.

WHEREFORE, for the forgoing reasons, George Trimis respectfully requests that the Court deny the Motion of the United States of America seeking to apply his bail to his monetary penalties..

Dated: April 13, 2018

        Respectfully Submitted,
        GEORGE TRIMIS

        By His Attorney,

        **/s/ Eric Feinberg**
        Eric W. Feinberg, Esq.
        The Anthony Pope Law Firm PC
        60 Park Place, Suite 703
        Newark, NJ 07102
        (973) 344-4406
        apope@apopefirm.com