EXHIBIT B

# Joseph Alter

**From:** George Trimis <̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶>
**Sent:** Wednesday, May 8, 2024 1:54 PM
**To:** Joseph Alter
**Subject:** Fw: NDA Project Group GMC

**From:** Rechtsanwalt Dr. Peters <̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶>
**Sent:** Tuesday, November 22, 2022 7:42 AM
**To:** George Trimis <̶̶̶̶̶̶̶̶̶̶̶>
**Cc:** Dr. Christian Peters <̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶>; Consult Nosw <̶̶nosw̶_consult@icloud.com̶>
**Subject:** NDA Project Group GMC

Dear George,

As prudent bankers in the past and considering our present situation as a Maritime Consultant respectively a German lawyer we must be very open and fair with you.

While checking our possibilities how to support you in connection with German financial institutions we just learnt an hour ago that you have been pleaded guilty by a US court subject to fraud und connection with financing vessels and that you have been imprisoned personally.

Therefore, the intended way into the German banking market is definitely closed and based on this fact Marc (ric) and I do not see any chance to facilitate any fruitful contact to addresses we had in mind.

We are very sorry and would have told you earlier if we would have known this.

We are sure that you will comprehend our position and we wish you all the best for your personal future.

Thanking you for your understanding we remain with

Best regards
Christian & Marc


Dr. Christian Peters
Rechtsanwalt
̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶
̶̶̶̶̶̶̶̶̶̶̶ Bremen ̶̶̶
̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶

> Am 22.11.2022 um 10:28 schrieb Christian privat <christian.h.peters@web.de>:
>
> Dear friends,
> Attached please find duly signed NDA for your files.
> Best regards
> Christian
>

1