# ANTHONY POPE LAW, P.C.

ATTORNEYS AT LAW

| | |
|---|---|
| NEW JERSEY OFFICE<br>60 PARK PLACE<br>SUITE 1101<br>NEWARK, NJ 07102 | NEW YORK OFFICE<br>275 MADISON AVE.<br>35TH FLOOR<br>NEW YORK, NY 10016 |
| TEL: (973) 344-4406<br>FAX: (973) 344-3201<br>www.anthonypopelawfirm.com | TEL: (212) 905-4900<br>FAX: (973) 344-3201 |

**ANTHONY POPE, ESQ.*** 
apope@apopefirm.com

*Certified by the Supreme Court of
New Jersey as a Civil & Criminal Trial Attorney*

**PLEASE REPLY TO:**
New Jersey Office

September 10, 2024

**VIA E-FILING**
The Honorable Michelle Goldberg, U.S.D.J.
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

   **RE:**  **USA v. George Trimis**
       **Criminal No. 14-CR-632-1**

Dear Judge Goldberg,

  This office represents the interests of Defendant George Trimis in the above-captioned matter. On August 15, 2024, an Order was entered directing the return of the Defendant's foreign passport to the consulate of its issuing country, unless a Motion is submitted within 90 days requesting the return of the passport to Defendant or his counsel (Document #139).

  Thereafter, this office corresponded with the Government to obtain their consent for the return of the passport to Mr. Trimis. After being accurately informed of the fact that Mr. Trimis was continuously permitted to travel internationally during his five-year probationary period (which was successfully terminated in December of 2023), and always promptly returned to the United States without incident, the Government advised that there was no objection as to the return of Mr. Trimis's passport (See attached "Exhibit A"). Therefore, please accept this correspondence *in lieu* of a more formal request to return Mr. Trimis's passport to either this office or Mr. Trimis, with the consent of the Government. As stated above, Mr. Trimis frequently traveled internationally with the permission of the Government, and not once did he violate any conditions of his probation or authorization to travel. Mr. Trimis is actively working tirelessly to

get his life back on track and get back to work. This necessitates the ability to travel internationally for his business in construction consulting both in the U.S. and abroad.

Thank you for your time and attention to this request.

Respectfully Submitted,<br>
**ANTHONY POPE LAW, P.C.**

_(signature)_

ANTHONY POPE, ESQ.

cc:  AUSA Judy Smith (via eFiling)
     AUSA Joseph Minni (via eFiling)