**Joseph Alter**

| | |
|---|---|
| **From:** | Smith, Judy (USAPAE) 7 <Judy.Smith@usdoj.gov> |
| **Sent:** | Wednesday, September 4, 2024 4:50 PM |
| **To:** | Joseph Alter |
| **Subject:** | RE: Order Re Passport - US v. Trimis [14-632] |

Hi Joe,
I was able to reach the other Joe via email. He said that he did not object to the return of passport. If you file a motion for an order you can say that the government does not object.
Best,
Judy

Judy Smith
Assistant United States Attorney
United States Attorney's Office
615 Chestnut St., 12th Floor
Philadelphia, PA 19106
(215) 861-8511 (office)
(267) 608-8412 (cell)
(215) 861-8618 (fax)
judy.smith@usdoj.gov


**From:** Joseph Alter <jalter@apopefirm.com>
**Sent:** Wednesday, September 4, 2024 3:01 PM
**To:** Smith, Judy (USAPAE) 7 <JSmith72@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Order Re Passport - US v. Trimis [14-632]

Thanks, Judy. Appreciate the help!

Best,
Joe

**From:** Smith, Judy (USAPAE) 7 <Judy.Smith@usdoj.gov>
**Sent:** Wednesday, September 4, 2024 2:32 PM
**To:** Joseph Alter <jalter@apopefirm.com>
**Subject:** RE: Order Re Passport - US v. Trimis [14-632]

Joe/Joseph?
I just sent Joe an email to see if he gets back to me with an answer in the next hour or so. I have to leave early today, but if I don't hear from Joe today please feel free to send me a reminder email and I will send your request to Sarah to see if Joe is away.
Thanks,
Judy

Judy Smith
Assistant United States Attorney
United States Attorney's Office
615 Chestnut St., 12th Floor

1