IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>  *v.*<br><br>GEORGE TRIMIS,<br><br>    *Defendant*. | Criminal Action<br><br>No. 14-cr-00632 |

### ORDER

  **AND NOW**, this 24th day of September, 2024, in accordance with this Court's Standing Order for Procedures for Handling Surrendered Passports, issued August 22, 2023, defendant's expired passport that was surrendered to U.S. Probation and Pretrial Services will be returned to him at the following address:

  Georgios Trimis
  Rockefeller Center
  50 W 51st Street
  #31
  New York, NY 10022

  **IT IS SO ORDERED.**

              **BY THE COURT:**


              */s/ Mitchell S. Goldberg*
              **MITCHELL S. GOLDBERG, J.**